Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AHMED H. ALI,<br><br>                Plaintiff,<br><br>   v.<br><br>S2 VERIFY, LLC, et al.,<br><br>                Defendants. | No. C13-1838RAJ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Richard A. Jones, United States District Judge:

On December 5, 2013, the Court issued an order requiring the parties to file a Joint Status Report by January 21, 2014 (Dkt. #8). No such report has been filed and no extension of the deadline has been sought.

It is ORDERED that Plaintiff shall show cause by **JANUARY 29, 2014** why this action should not be dismissed for failing to comply with the Order Requiring Joint Status Report. Absent a timely response to this Order, this action SHALL BE DISMISSED without prejudice.

DATED this 22nd day of January, 2014.

WILLIAM M. McCOOL,
Clerk of the Court

   */s/ Victoria Ericksen*
Deputy Clerk to Hon. Richard A. Jones

MINUTE ORDER – 1