**The Honorable Richard Jones**

**United States District Court**
**Western District Of Washington**
**At Seattle**

**Ahmed Ali,**

Plaintiff,

v.

**S2 Verify, LLC**
**and**
**BACKGROUNDCHECKS.COM, INC.,**

Defendants.

Cause No: 2:13-cv-01838

**Joint Status Report**

Pursuant to the Honorable Richard A. Jones' order Requiring Status Report, Plaintiff and Defendants submit this Joint Status Report and Discovery Plan as follows:

1. **Nature Of Case**: This is a case concerning allegations by plaintiff that the defendants violated the Fair Credit Reporting Act, 15 U.S.C. sections 1681 *et seq*. ("FCRA"). Parties agree the case is not complex.

2. **Additional Parties**. Parties agree the deadline for joining additional parties should be March 07, 2014.

3. **Magistrate**: No.

**Joint Status Report - 1**
**Cause No: 2:13-cv-01838**

**Christopher E. Green**
**Attorney at Law**
Two Union Square Suite 4285
601 Union Street
Seattle, Washington 98101
(206) 686-4558 Fax: (206) 686-2558
WSBA No. 19410

4. **Discovery Plan**:

   **A. Initial Disclosures**: Defendants Backgroundchecks.com and S2 Verify filed Initial Disclosures on January 13, 2014 pursuant to FRCP 26(a). Plaintiff made his Initial Disclosures on January 27, 2014.

   **B. Subjects Of Discovery**: Discovery will be necessary as to the allegations of plaintiff's complaint as well as the substantive and affirmative defenses raised by the defendants. The parties anticipate depositions of the parties and limited depositions as necessary of third party witnesses, within compliance of the guidelines set forth in the Local Rules and the Federal Rules of Civil Procedures.

   **C. Electronically stored information**: The parties do not anticipate any issues with electronically stored information.

   **D. Privilege Issues**: None at this time.

   **E. Changes In Limitations Of Discovery**. The Parties agree to the limitations set forth in the Federal Rules of Civil Procedure.

   **F. Other Orders**: Defendants anticipate requesting a protective order depending upon the scope of the plaintiff's discovery requests.

5. **The Parties' View, Proposals, and Agreements:**

   **A. Prompt Case Resolution:** The parties will work toward a prompt resolution of this matter.

   **B. Alternative Dispute Resolution:** Parties agree that mediation should be used.

   **C. Related Cases:** None.

**Christopher E. Green**
**Attorney at Law**
Two Union Square Suite 4285
601 Union Street
Seattle, Washington 98101
(206) 686-4558 Fax: (206) 686-2558
WSBA No. 19410

D. **Discovery Management**:

  i. Parties intend to comply with the provisions of FRCP 26(a) and to conduct written discovery as allowed by the Federal Rules of Civil Procedure. All documents provided in discovery will be Bates stamped.

  ii. Plaintiff anticipates propounding written discovery requests and taking depositions of the defendants' company representatives pursuant to FRCP 30(b)(6). Defendants anticipate propounding discovery and taking the deposition of the plaintiff and any third parties that may have knowledge regarding alleged liability or damages.

E. **Anticipated Discovery Sought:** Plaintiff anticipates propounding written discovery requests and taking depositions of the defendants' company representatives pursuant to FRCP 30(b)(6). Defendants anticipate propounding discovery and taking the deposition of the plaintiff and any third parties that may have knowledge regarding alleged liability or damages.

F. **Phasing Motions:**

G. **Preservation of Discoverable Information:** All discoverable information has been preserved

H. **Privilege Issues:** None

I. **Model Protocol for Discovery of ESI:** The parties agree to the use of the Model Protocol.

J. **Alternatives to Model Protocol:** None

6. **Discovery Completion**: All parties believe that discovery for all aspects of the case can be completed by August 6, 2014.

7. **Bifurcation**: Parties do not believe bifurcation is necessary at this time but reserve the right to move for bifurcation.

**Christopher E. Green**
**Attorney at Law**
Two Union Square Suite 4285
601 Union Street
Seattle, Washington 98101
(206) 686-4558 Fax: (206) 686-2558
WSBA No. 19410

8. **Pretrial Statement**: Parties do not believe pretrial statements should be dispensed with.

9. **ADR Method and Time**: Parties agree that mediation should be used.  Parties agree this case would benefit from early ADR and that mediation should not necessarily be delayed until after discovery is completed.

10. **Other Suggestions**: None.

11. **Trial Readiness**. Parties believe they will be ready for trial by January 2015.

12. **Jury**: Plaintiff has requested trial by jury.

13. **Trial Days:** Parties estimate trial will take three to five days.

14. **Trial Counsel:**

**Ahmed Ali**

Christopher E. Green
Law Offices of Christopher E. Green PS
601 Union Street Suite 4200
Seattle WA 98101
(206) 686-4558
(206) 686-2558 – facsimile

Geoffrey H, Baskerville (*pro hac vice*)
Francis & Mailman P.C.
Land Title building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
Telephone:215-735-8600
Facsimile:  215-940-8000
E-mail: gbaskerville@consumerlawfirm.com

**S2 Verify, LLC**
Steven G. Wraith
LEE SMART, P.S., INC.
701 Pike Street, Suite 1800
Seattle, WA 98101
Telephone: (206) 624-7990
Facsimile:  (206) 624-5944
E-mail: sgw@leesmart.com

**Joint Status Report - 4**
**Cause No: 2:13-cv-01838**

**Christopher E. Green**
Attorney at Law
Two Union Square Suite 4285
601 Union Street
Seattle, Washington 98101
(206) 686-4558 Fax: (206) 686-2558
WSBA No. 19410

**Backgroundchecks.com, Inc.**
Patricia K. Buchanan
PATTERSON BUCHANAN,
FORBES & LEITCH. INC., P.S.
2112 Third Avenue, Suite 500
Seattle, WA 98121
Telephone: (206) 462-6700
Facsimile: (206) 462-6701
Email: pkb@pattersonbuchanan.com

15. **Conflicts**: Counsel are not currently aware of any dates that would conflict with the scheduling of trial in this matter.

16. **Service Of Process Issues**: Not applicable.

17. **Scheduling Conference**: None requested.

18. **Disclosure Statements**: Defendant S2 Verify, LLC filed its disclosure statement pursuant to Fed. R. Civ. P. 7.1 and Local Civil Rule 7.1 on January 9, 2014.

Defendant Backgroundchecks.com filed its Corporate Disclosure Statement on January, 9 2014.

19. **Pilot Program**: The parties agree to participate in the pilot program.

DATED this 27th day of January, 2014.

/s/Christopher Green _____
Christopher E. Green , WSBA No. 19410
Two Union Square Suite 4285
601 Union Street
Seattle, Washington 98101
Telephone: (206) 686-4558
Fax: (206) 686-2558
Email: chris@myfaircredit.com
Attorney for plaintiff

**Joint Status Report - 5**
**Cause No: 2:13-cv-01838**

**Christopher E. Green**
**Attorney at Law**
Two Union Square Suite 4285
601 Union Street
Seattle, Washington 98101
(206) 686-4558 Fax: (206) 686-2558
WSBA No. 19410

DATED this 27th day of January, 2014.

                    <u>*/s/ Steven G. Wraith*</u>
                    Steven G. Wraith, WSBA No. 17364
                    LEE SMART, P.S., INC.
                    701 Pike Street, Suite 1800
                    Seattle, WA 98101
                    Telephone: (206) 624-7990
                    Facsimile: (206) 624-5944
                    E-mail: sgw@leesmart.com
                    Attorney for Defendant S2 Verify, LLC

DATED this 27th day of January, 2014.

                    <u>*/s/ Patricia K. Buchannan*</u>
                    Patricia K. Buchanan, WSBA No. 19892
                    PATTERSON, BUCHANAN,
                    FOBES & LEITCH, INC., P.S.
                    2112 Third Avenue, Suite 500
                    Seattle, WA 98121
                    Telephone: (206) 462-6700
                    Facsimile: (206) 462-6701
                    E-mail: pkb@pattersonbuchanan.com
                    Attorney for Defendant Backgroundchecks.com, Inc.

**Joint Status Report - 6**
**Cause No: 2:13-cv-01838**

**Christopher E. Green**
**Attorney at Law**
Two Union Square Suite 4285
601 Union Street
Seattle, Washington 98101
(206) 686-4558 Fax: (206) 686-2558
WSBA No. 19410